UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LUIS MEDINA, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 11-10615-NMG |
| GARY RODEN, | ) ) ) | |
| Respondent. | ) ) | |

ORDER

January 25, 2012

SOROKIN, M.J.

The Petitioner shall file his memorandum in support of the remaining claims by March 1, 2012. Respondent shall file his opposition memorandum by April 2, 2012.

SO ORDERED.

    /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE