UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS MEDINA,<br><br>    Petitioner,<br><br>v.<br><br>GARY RODEN,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 11-10615-NMG

REPORT AND RECOMMENDATION ON
PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

July 2, 2012

SOROKIN, C.M.J.

Pending is the Petition for Writ of Habeas Corpus (Docket No. 1) of the Petitioner, Luis

Medina ("Medina"). For the following reasons, I RECOMMEND that the Court DENY the

Petition.

I.      FACTUAL AND PROCEDURAL BACKGROUND

    A.      The Facts

Neither of the state appellate decisions in this case provide a comprehensive summary of

the facts underlying Medina's habeas petition. See Supplemental Answer Tab 11,

Commonwealth v. Medina, No. 08-P-1040 (Mass. App. Ct. 2010); Supplemental Answer Tab 8,

Commonwealth v. Medina, 74 Mass.App.Ct. 1120, 909 N.E.2d 59 (2009) (unpublished table

*Report and Recommendation accepted and adopted. NMGorton, USDJ 8/1/12*